IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., | No. C 14-00901 JSW |
| Plaintiff, | **ORDER DENYING MOTION TO DISMISS AND TO STRIKE AS MOOT AND VACATING HEARING** |
| v. | |
| 360 FITNESS SUPERSTORE, et al., | **(Docket No. 16)** |
| Defendants. | |

On June 2, 2014, Defendant and Counterclaimant filed a response to Plaintiff's motion to dismiss and to strike the counterclaim (Docket No. 16), which is scheduled for a hearing on June 27, 2014. In that response, Defendant states that it intends to file an amended counterclaim. Defendant shall file its amended counterclaim by no later than June 9, 2014. The Court DENIES, AS MOOT, Plaintiff's motion, and it VACATES the hearing set for June 27, 2014.

**IT IS SO ORDERED.**

Dated: June 4, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE