Yuo-Fong C. Amato (CA SBN 261453)
Email: bamato@gordonrees.com
GORDON & REES, LLP
101 W. Broadway, Suite 2000
San Diego, California 92101
Phone: (619) 696-6700
Fax: (619) 696-7124

Attorneys for Plaintiff
CrossFit, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>360 FITNESS SUPERSTORE, a business entity of unknown origin; ALEX KRICHEVSKY, individually,<br><br>Defendants.<br><br>And related counterclaims. | Case Number: 4:14-CV-00901-JSW<br><br>**DECLARATION OF MARSHALL BRENNER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Marshall S. Brenner, declare as follows:

1. I am Deputy General Counsel for CrossFit, Inc., the Plaintiff in this action. I have personal knowledge of the facts set forth herein, and am authorized to make this declaration on CrossFit's behalf. If called upon as a witness, I could and would testify competently under oath as to all such matters. As to matters stated on information and belief, I believe them to be true.

2. I am readily familiar with CrossFit's business operations, including its fitness methodology, competitions, marketing efforts, licensing, and trademark protection efforts. I am

1   also familiar with the specific factual information involved in this matter and the events that led
2   up to this instant lawsuit.
3         3.      Attached as <u>Exhibit A</u> are true and correct copies of some of CrossFit's federal
4   trademark registrations, including U.S. Reg. no. 3,007,458; Reg. no. 3,826,111; Reg. no.
5   4,049,689; Reg. no. 4,053,443; and Reg. no. 4,122,681.
6         4.      Attached as <u>Exhibit B</u> are true and correct copies of the United States Trademark
7   and Patent Office's Notices of Allowances for some of CrossFit's trademark applications,
8   including Serial no. 85/936,449; Serial no. 85/629,318; Serial no. 85/792,895; and Serial no.
9   85/792,892.
10        5.      CrossFit defines its CROSSFIT® brand fitness training program as "constantly
11  varied functional movements performed at a relatively high intensity." This is so that the
12  CROSSFIT® program will prepare trainees for any physical contingency.
13        6.      CrossFit has developed and consistently utilized specific terminology for certain
14  unique movements found within the CROSSFIT® brand of programming, including "thrusters,"
15  "wall ball," "hand release push-ups" (with the unique feature of raising your hands at the bottom
16  position of the pushup), and "toes to bar." Additionally, CrossFit has developed and consistently
17  utilized specific terminology describing the repetition scheme in a workout. For example, "21-
18  15-9," means that the trainee must complete 21 repetitions of the designated movements, then 15
19  repetitions, and conclude with 9 repetitions. While some CROSSFIT®-branded workouts test
20  pure strength, most are completed "for time." "For time" is a term of art in the CROSSFIT®
21  community facilitating intensity. *Id*. "For time" means the workout should be completed as
22  quickly as possible while maintaining proper mechanics.
23        7.      As an example, the workout "Diane" is a "21-15-9" workout completed "for
24  time." "Diane" consists of 21 repetitions of a 225-pound deadlift followed by 21 handstand
25  pushups, then 15 repetitions of deadlifts and handstands pushups, and concludes with 9
26  repetitions of deadlifts and handstands pushups. Trainees can "scale" these workouts to adjust to
27  their personal fitness level. For example, they can lower the weights for the deadlift and/or use
28  an incline pushup, a regular pushup, a ring pushup, or a decline push up instead of a handstand

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

1  pushup. The "Diane" workout was employed as the first event at the 2012 Regional Qualifier
2  competitions, where athletes from around the world competed to qualify for the CROSSFIT®
3  Games.

4      8. Each day, CrossFit posts a CROSSFIT® Workout of the Day ("WOD") on its
5  website. Most, if not all, licensed CROSSFIT® affiliates also post their own WODs for its own
6  local community. The term WOD is used to refer to these CROSSFIT®-branded workouts.
7  Though the term WOD is refers to CROSSFIT®-branded workouts, CrossFit opted not to protect
8  the term "WOD" as a trademark, deciding instead to allow the public use the term as it wished.
9  Others have also referred to CROSSFIT®-branded workouts as "high intensity interval training"
10 ("HIIT").

11     9. The community around the CROSSFIT®-branded workouts is one of the key
12 component of why the workouts are effective: the camaraderie, as well as the competition,
13 encourages and motivates the trainees. Enthusiastic and positive word-of-mouth from the
14 adherents of the CROSSFIT®-branded workouts has resulted in an exponential growth of the
15 CROSSFIT® brand. The CROSSFIT® workout is extremely accessible to all who wish to
16 practice it; not only are CROSSFIT® gyms widely available, building a home gym is also
17 extremely affordable. While of course trainees can buy as much equipment as they wish to,
18 trainees can conduct CROSSFIT® exercises at home using only owning weights and a pull-up
19 bar—everything else can be improvised.

20     10. While the CROSSFIT® methodology has been around since the 1980s, it became
21 extremely popular around the mid-to-late 2000's. CrossFit has hosted the annual CROSSFIT®
22 Games since 2007. In 2007, the Games attracted 123 competitors. By 2011, a mere four years
23 later, the CROSSFIT® Games welcomed over 26,000 competitors. That number continues to
24 grow: In 2012, the CROSSFIT® Games welcomed 69,000 competitors; in 2013, 138,000
25 competitors; in 2014, close to 210,000 competitors. Tickets to attend the finals quickly sell out.
26 Starting in 2011, the CROSSFIT® Games debuted on ESPN2; by 2013, the CROSSFIT® Games
27 aired directly on the main network, ESPN; ESPN also streams the Games live on its universally
28 accessible online broadcast. A recent replay of the 2011 CROSSFIT® Games enjoyed

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

3
DECLARATION OF MARSHALL BRENNER

approximately 800,000 viewers. A Reebok and CrossFit commercial also aired during the 2012 Super Bowl. Attached as Exhibit C are true and correct webpage screenshots regarding the CROSSFIT® Games.

11. Since 2002, CrossFit has published a multimedia magazine named "The CrossFit Journal" that currently has over 3,400 publications and/or articles. The CrossFit Journal is publicly accessible all over the world at http://journal.crossfit.com. In the last year, The CrossFit Journal has received over 4 million hits in the U.S., and 6 million hits worldwide. Attached as Exhibit D is a true and correct webpage printout of the main CrossFit Journal page.

12. The CrossFit website is the primary resource for its trainees, and the website receives at least 35 million hits per year, from 2011 to the present. In the last year, CrossFit received nearly 28 million hits in the U.S., and 41 million hits worldwide. CrossFit's popularity is also reflected on its social media sites. As of April 2014, CrossFit's Facebook page received close to 1.4 million "likes," and the CROSSFIT® Games Facebook page received approximately 500,000 "likes." CrossFit has garnered close to 450,000 subscribers to its YouTube.com account. Close to 200,000 users follow CrossFit on Twitter, and close to 180,000 users follow the CROSSFIT® Games on Twitter. CrossFit also has close to 400,000 followers on Instagram. Attached as Exhibit E are true and correct copies of CrossFit's Google Analytics information, as well as an internal report regarding CrossFit's online social media statistics.

13. CrossFit encourages individuals that understand and agree with the CROSSFIT®-branded method and philosophy to become CROSSFIT® personal fitness trainers. Individuals that have completed CrossFit's nationally standardized accreditation program receive a CROSSFIT® Level 1 trainer certificate, and are authorized to list their CROSSFIT® qualifications, and licensed to use the CROSSFIT® brand name on their business cards and resumes. CrossFit also offers training accreditation for specialized fields, including without limitation, CROSSFIT® defense, CROSSFIT® endurance running, CROSSFIT® football, CROSSFIT® gymnastics, CROSSFIT® kettlebells, CROSSFIT® kids, CROSSFIT® mobility, CROSSFIT® powerlifting, CROSSFIT® rowing, CROSSFIT® striking, CROSSFIT® strongman, CROSSFIT® weightlifting.

14. A CrossFit® Level 1 Trainer may open a CROSSFIT® gym—or, as CrossFit refers to them, a CROSSFIT® "box"—if the Level 1 Trainer enters into an annually renewable license agreement with CrossFit and becomes an authorized CROSSFIT® affiliate. Licensed CROSSFIT® affiliates are only authorized to use the CROSSFIT® brand name pursuant to the terms of the license agreement; in the absence of a license agreement with CrossFit, use of the CROSSFIT® trademarks is prohibited. Importantly, no gym may advertise that it has CROSSFIT® trainers or offers CROSSFIT® training unless it is an licensed affiliate, and no CROSSFIT® trainer may authorize a non-affiliated gym to advertise the trainer as affiliated with CrossFit. Currently, there are over 6,500 CROSSFIT® affiliates in the United States (over 10,000 worldwide) and over 65,000 CROSSFIT® trainers in the United States (over 90,000 worldwide).

15. Other than licensing its CROSSFIT® trademarks to trainers and gyms, CrossFit has also licensed its trademarks on an extremely limited basis to leaders in the field of athletic gear and equipment, including, for example, Reebok in association with apparel and shoes, and Rogue Fitness in association with exercise equipment. Attached as <u>Exhibit F</u> is a true and correct copy of a screenshot of Rogue Fitness's webpage, www.roguefitness.com/crossfit-equipment.

16. The American National Standards Institute ("ANSI") accredits standards across industries, ensuring that the characteristics and performance of products or services are consistent, that people use the same definitions and terms, and that products/services are tested the same way. ANSI has accredited CrossFit to accredit others for CROSSFIT® fitness training. Attached as <u>Exhibit G</u> is a true and correct copy of CrossFit's ANSI certification.

17. CrossFit tours the country every week, using CROSSFIT® affiliate facilities to hold training, certificate, and informational courses. During such visits, CrossFit ensures that the hosting affiliates continue to provide training consistent with the CROSSFIT®-brand principles. CrossFit also monitors any complaints it may receive and deals with those complaints accordingly.

18. Just as the CROSSFIT® brand of workouts has grown exponentially in popularity, the number of infringers have likewise increased, hoping to appropriate the goodwill CrossFit has amassed for their own benefit. The CROSSFIT® brand is extremely important to CrossFit, and CrossFit devotes a lot of time, energy, and money to defend its intellectual property rights.

19. CrossFit regularly reminds the readership of The CrossFit Journal of the importance of policing the CROSSFIT® trademarks and encourages everyone inside and outside the CrossFit community to report suspected infringement at http://iptheft.crossfit.com. CrossFit's staff investigates each instance of alleged infringement. For cases deemed to be infringement, the CrossFit staff will attempt to resolve the issues amicably. CrossFit retains outside counsel to handle cases that require additional attention.

20. CrossFit did not become aware of Defendants' infringement until around September 2012.

21. Attached as Exhibit H is a true and correct copy of the cease-and-desist communication that CrossFit sent Defendants on September 17, 2012.

22. Attached as Exhibit I is a true and correct copy of the cease-and-desist communication that CrossFit sent Defendants on October 1, 2012.

23. On or around December 13, 2012, after numerous communications with Defendants through CrossFit's outside counsel, Defendants finally removed all references to the CROSSFIT® trademarks on their site. CrossFit had considered the matter closed.

24. However, on or around February 2014, CrossFit discovered that Defendants had begun to use the CROSSFIT® trademarks yet again. This time, instead of using the CROSSFIT® trademarks on Defendants' main website as part of searchable text, Defendants used the CROSSFIT® trademarks in non-searchable images, advertising the sales of various "CrossFit Training Packages." Attached as Exhibit J are true and correct screenshots of Defendants' webpages from that time.

/ / /

/ / /

Gordon & Rees LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 25, 2014 in San Diego, California.

_____
Marshall Brenner

**Gordon & Rees LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101

CFIT/1085331/16297413v.1

7
DECLARATION OF MARSHALL BRENNER