IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC.,

    Plaintiff,

    v.

360 FITNESS SUPERSTORE, et al.,

    Defendants.
    _____/

No. C 14-00901 JSW

**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff's motion for a preliminary injunction is set for a hearing on August 29, 2014. The Court finds the motion suitable for disposition without oral argument. Accordingly, the Court VACATES the hearing, and it will issue an order in due course.

**IT IS SO ORDERED.**

Dated: August 25, 2014

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE