IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC.,

     Plaintiff,                No. C 14-00901 JSW

     v.                         **ORDER SETTING STATUS CONFERENCE**

360 FITNESS SUPERSTORE, et al.,

     Defendants.

_____/

     The Court has received the Certification of ADR Session, which states that this matter has settled in full. In light of this development, the Court HEREBY ORDERS the parties to appear for a status conference on December 19, 2014 at 11:00 a.m. The parties shall submit a joint status report regarding the status of the settlement and when they expect to file a dismissal by no later than December 12, 2014.

     **IT IS SO ORDERED.**

Dated: October 27, 2014

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California