- 1 -

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>360 FITNESS SUPERSTORE, a business entity of unknown origin; ALEX KRICHEVSKY, individually,<br><br>　　　　　　Defendants.<br><br>And related counterclaims. | Case Number: 4:14-CV-00901-JSW<br><br>**[PROPOSED] ORDER ON JOINT MOTION TO DISMISS** |

　　　　Counterdefendant CrossFit, Inc. ("Plaintiff" or "CrossFit, Inc.") and Defendants 360 Fitness Superstore and Alex Krichevsky (collectively, "Defendants") entered into a settlement agreement on October 22, 2014 which provides for, in pertinent part, dismissal of the instant action in whole with prejudice.

　　　　The parties jointly moved this Court to dismiss all claims and counterclaims with prejudice (Document Number 38).

Good causes therefore appearing, IT IS THEREFORE ORDERED, ADJUDGED, and DECREED:

That the joint motion to dismiss the entire action with prejudice is hereby GRANTED.

**IT IS SO ORDERED.**

**DATED:** December 5, 2014

**HONORABLE JEFFREY S. WHITE**
**UNITED STATES DISTRICT JUDGE**

- 2 -
ORDER ON JOINT MOTION TO DISMISS
Case No. 4:14-cv-00901 JSW